```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
JUDITH ADELA FERNANDEZ MARTINEZ,                                       :
                                                                       :
                            Plaintiff,                                 :
                                                                       :        25 Civ. 6447 (JPC)
              -v-                                                      :
                                                                       :               ORDER
GRILLBOT LLC,                                                          :
                                                                       :
                            Defendant.                                 :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

Defendant was served with a Summons and the Complaint on August 21, 2025, making its deadline to respond September 11, 2025. *See* Dkt. 6. That deadline has passed, and the docket does not reflect a response to the Complaint from Defendant. Accordingly, the Court *sua sponte* extends Defendant's deadline to respond to the Complaint to October 16, 2025. If Defendant once again fails to respond to the Complaint by its deadline to do so, Plaintiff shall seek a Certificate of Default by October 23, 2025.

Plaintiff shall serve a copy of this Order on Defendant by September 22, 2025, and file proof of such service on the docket by September 24, 2025.

SO ORDERED.

Dated: September 16, 2025                        _____
       New York, New York                                    JOHN P. CRONAN
                                                          United States District Judge